UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br>    v.<br>DIANE M COBB, *et al*.,<br><br>    Defendants.<br>_____/ | No. C 13-03828 MEJ<br><br>**ORDER SETTING HEARING DATE ON MOTION TO DISMISS** |

On August 23, 2013, Defendant Van Dyk Mortgage filed a Motion to Dismiss Plaintiff Cynthia Chenault's Complaint (Dkt. No. 6). Subsequently, on September 25, 2013, this Court related the instant action to another action pending before the undersigned. Dkt. No. 19. Accordingly, the Court sets the hearing date on the Motion to Dismiss for October 31, 2013, at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: October 2, 2013

_____
Maria-Elena James
United States Magistrate Judge