UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No. 13-cv-03828-MEJ<br><br>**ORDER RE MANUAL FILING**<br><br>Re: Dkt. No. 50 |

On February 10, 2014, Plaintiff requested permission to file Exhibits A through L to the First Amended Complaint for Damages due to technical problems with the ECF system. The Court GRANTS Plaintiff's request and ORDERS her to file Exhibits A through L manually in compliance with Civil Local Rule 5-2.

**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge