UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CHENAULT,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANE M. COBB, et al.,<br><br>    Defendants. | Case No.  13-cv-03828-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on April 30, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge